JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Amada Magdalena Gutierrez-Lopez and Yohandi Perez Esquivel,<br><br>Plaintiffs,<br>v.<br><br>Federal Bureau of Investigation,<br><br>Defendant. | Case No. 2:23-cv-00933-GMN-DJA<br><br>**Stipulation and Order to Extend Time to File a Response**<br>**(First Request)** |

Plaintiffs Amada Magdalena Gutierrez-Lopez and Yohandi Perez Esquivel and Defendant United States of America, through undersigned counsel, hereby submit this stipulation to extend the date for Plaintiff to file a First Amended Complaint ("the amended complaint") and for Defendant to file and serve a responsive pleading to the amended complaint.

The current deadline for the United States to respond to the Plaintiff's Complaint is November 20, 2023.

The parties, through undersigned counsel, agree and stipulate that the Plaintiffs will have until November 17, 2023, to amend their complaint to substitute the United States of America for the Federal Bureau of Investigation, as the proper Defendant.

The parties stipulate and request that the Court approve a 2-weeks extension, from November 17, 2023, to December 1, 2023, for the United States of America to file a response to the amended complaint. This is the first request for an extension of time.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to the Plaintiff's First Amended Complaint to **December 1, 2023**.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 14th day of November 2023.

| | |
|---|---|
| CRAIG P. KENNY & ASSOCIATES | JASON M. FRIERSON<br>United States Attorney |
| */s/ Lawrence E. Mittin*<br>LAWRENCE E. MITTIN, ESQ.<br>Nevada Bar No. 5428<br>501 S. 8th Street<br>Las Vegas, Nevada 89101 | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for United States* |
| and | |
| ANTHEM INJURY LAWYERS<br>ANTHONY B. GOLDEN, ESQ.<br>Nevada Bar #9563<br>PUNEET K. GARG, ESQ.<br>Nevada Bar #9811<br>WHITNEY J. SELERT, ESQ.<br>Nevada Bar #5492<br>3145 Saint Rose Parkway, Ste. 220<br>Henderson, Nevada 89052<br>*Attorneys for Plaintiffs* | |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 15, 2023