JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amada Magdalena Gutierrez-Lopez and Yohandi Perez Esquivel,<br><br>Plaintiffs,<br>v.<br><br>Federal Bureau of Investigation,<br><br>Defendant. | Case No. 2:23-cv-00933-GMN-DJA<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request a 45-day extension of certain discovery deadlines as, and for the reasons, set forth below. There is a good cause for such extension as the parties have conducted discovery diligently and in good faith. This is the first request for an extension of the discovery schedule.

### DISCOVERY COMPLETED

The parties have completed the following disclosures and discovery:

The parties served their respective initial disclosures and supplemented their disclosures.

Defendant served initial set of discovery requests to each Plaintiff. Plaintiffs responded to the initial requests and provided additional medical providers and places of employment.

Plaintiff Amada Magdalena Gutierrez-Lopez served her initial set of interrogatories to the Defendant. Defendant's responses are due on June 17, 2024.

Defendant served subpoenas for records to Plaintiffs' medical providers. Although

they have received some of Plaintiffs' medical records, there are still outstanding records which the Defendant is expected to receive after the initial expert disclosure deadline.

## DISCOVERY REMAINING

Defendant will need to respond to Plaintiff Gutierrez-Lopez' first set of interrogatories. Defendant also needs to subpoena the medical records from the medical providers recently disclosed by the Plaintiffs in their discovery responses and their employment records. Plaintiffs and Defendant will need to disclose their initial and rebuttal experts, and schedule expert depositions. Defendant is awaiting to receive some of Plaintiff's medical records from subpoenaed medical providers. Plaintiff Gutierrez-Lopez' deposition is set for June 4, 2024. Plaintiff Perez-Esquivel's deposition is set for June 5, 2024.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

Defendant respectfully requests the additional time to obtain the remaining medical records from Plaintiffs' medical providers and their employment records from their employers regarding any lost wages, economic and future earning capacity claims. These records are necessary for the parties' experts to analyze in the preparation of their expert reports. Due to scheduling the parties have set the dates for the depositions of the two plaintiffs on June 4 and June 5, 2024. If during these depositions, new information becomes available, the parties will need the additional time to obtain additional documents and/or records and conduct additional depositions. With the upcoming initial expert disclosure deadline of June 17, 2024, the parties will not be able to obtain the above-mentioned records and documents, conduct the Plaintiffs' depositions, retain any additional experts, and get expert reports, which will be necessary for the litigation of this case. For these reasons and in good cause, the parties request the 45-day extension of all remaining discovery deadlines.

## EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Expert Disclosures | June 17, 2024 | August 1, 2024 |
| Rebuttal Expert Disclosures | July 17, 2024 | September 16, 2024 |
| Discovery Cutoff | August 14, 2024 | October 31, 2024 |
| Dispositive Motions | September 13, 2024 | December 16, 2024 |
| Proposed Joint Pretrial Order | October 14, 2024 | January 30, 2025[1] |
| | | |

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 28th day of May 2024.

CRAIG P. KENNY & ASSOCIATES

/s/ *Lawrence E. Mittin*
LAWRENCE E. MITTIN, ESQ.
Nevada Bar No. 5428
501 S. 8th Street
Las Vegas, Nevada 89101

JASON M. FRIERSON
United States Attorney

/s/ *Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorneys for United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 5/29/2024

---

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.