SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6552
E-Mail:  Virginia.Tomova@usdoj.gov

*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amada Magdalena Gutierrez-Lopez and Yohandi Perez-Esquivel,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:23-cv-00933-GMN-DJA<br><br>**Stipulation and Order to Extend Dispositive Motions and Proposed Joint Pre-Trial Order Deadlines** |

Pursuant to Fed R. Civ. P. 6(b)(1) and LR IA 6-1, the parties hereby stipulate and agree as follows:

Discovery concluded on January 22, 2025. ECF No. 32.

The current deadline to file dispositive motions is February 21, 2025. *Id.* The current deadline to file a proposed joint pre-trial order ("JPTO") is March 24, 2025, or thirty days after the Court's decision on dispositive motions. *Id.*

This stipulation is filed at least 10 days before the settlement conference. ECF No. 37.

On January 28, 2025, counsel for Plaintiffs and counsel for the United States agreed to an extension of the deadline to file dispositive motions to **April 11, 2025**, and an extension of the deadline to file a proposed JPTO to **May 12, 2025** (or thirty days after the Court's decision on dispositive motions). This extension is necessary because both parties feel that the deadline to submit dispositive motions should occur after the settlement

conference currently scheduled for March 12, 2025, in case the settlement conference leads to a resolution of this matter.

The parties intended to file this stipulation on January 31, 2025, which would have been at least 21 days before the earliest deadline to be extended (dispositive motions deadline), but because of the parties' workload they were unable to file until today, February 3, 2025.

This is the first request to specifically extend the dispositive motions and proposed JPTO deadlines, and the fourth request for those deadlines to be extended generally.

This request for an extension of time is sought in good faith and not for any improper purpose including delay.

Respectfully submitted this 3rd day of February 2025.

CRAIG P. KENNY & ASSOCIATES

*/s/ Lawrence E. Mittin*
LAWRENCE E. MITTIN, ESQ.
Nevada Bar No. 5428
501 S. 8th Street
Las Vegas, Nevada 8910

*Attorneys for Plaintiffs*
*GUTIERREZ-LOPEZ and ESQUIVEL*

SUE FAHAMI
Acting United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for United States of America*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 2/4/2025