SODW
**LAWRENCE E. MITTIN, ESQ.**
Nevada Bar #5428
**CRAIG P. KENNY & ASSOCIATES**
501 S. 8th Street
Las Vegas, NV 89101
(702) 380-2800
lmittin@cpklaw.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AMADA MAGDALENA GUTIERREZ-LOPEZ
and YOHANDI PEREZ ESQUIVEL,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendants.

CASE NO.:   2:23-cv-00933-GMN-DJA

### STIPULATION AND ORDER FOR DISMISSAL OF CASE IN ITS ENTIRETY WITH PREJUDICE

**IT IS HEREBY STIPULATED**, by and between Plaintiffs, AMADA MAGDALENA GUTIERREZ-LOPEZ and YOHANDI PEREZ ESQUIVEL, by and through their counsel, Lawrence E. Mittin, Esq., of the Law Offices of CRAIG P. KENNY & ASSOCIATES, and Defendant, THE UNITED STATES OF AMERICA, by and through its counsel Assistant United States Attorney Virginia T. Tomova, Esq., that the parties have reached a resolution of the case in its entirety, and the case shall be dismissed with prejudice, with each of the parties to bear their own attorneys' fees and costs.

| | |
|---|---|
| DATED: April 17, 2025 | DATED: April 17, 2025 |
| **CRAIG P. KENNY & ASSOCIATES** | **SIGAL CHATTAH**<br>**United States Attorney** |
| /s/Lawrence E. Mittin | /s/Virginia T. Tomova |
| **LAWRENCE E. MITTIN, ESQ.** | **VIRGINIA T. TOMOVA, ESQ.** |
| Nevada Bar #5428 | Nevada Bar #7709 |
| 501 S. 8th Street | 501 Las Vegas Blvd. So., Suite 1100 |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| Attorney for Plaintiffs | Attorney for Defendant |

## O R D E R

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action be dismissed in its entirety, with prejudice, all parties to bear their own attorneys' fees and costs.

Dated this  17  day of April, 2025.

_____
U.S. District Judge
Gloria M. Navarro

Respectfully submitted by:

**CRAIG P. KENNY & ASSOCIATES**

/s/ Lawrence E. Mittin
**LAWRENCE E. MITTIN, ESQ.**
Nevada Bar #5428
501 S. 8th Street
Las Vegas, NV 89101
Attorney for Plaintiffs